STATE OF NEW JERSEY v. ANTHONY BING.

October 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL PENDER.

October 16, 1984.

Petition for certification denied.